IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

_____

UNITED STATES,

      *Appellee,*

v.

George KRITOPOULOS,

      *Defendant-Appellant.*
_____

Nos. 22-1828, 24-1124

## DEFENDANT'S OPPOSITION TO GOVERNMENT'S MOTION TO STAY BRIEFING SCHEDULE.

      The defendant respectfully opposes the government's motion for to stay the briefing schedule. The government's motion for summary disposition fails to address all the claims in Mr. Kritopoulos' brief, and meaningful consideration of the bases for the government's motion requires considerations of all the merits arguments raised in the defendant's opening brief, and the government's merits responses to them. The government should be ordered to file a responsive appellate brief and the motion to stay the briefing schedule pending resolution of the motion for summary disposition should be denied.

      Furthermore, counsel spoke with the case manager for these appeals this morning, who was unable to provide any information about the procedures governing how the government's motion would be considered or handled in this Circuit. The lack of transparency regarding how Local Rule 27.0(c) applies in criminal appeals, and the vagueness of the standards and procedures as applied to criminal appeals, further supports the defendant's arguments that the local rule abridges the defendant's constitutional and statutory rights to appeal, and conflicts with the Federal Rules of Appellate procedure, which protect a defendant's right to plenary appeal, and provide the notice and due process protections required for criminal appeals.

      Opposing counsel has been served with this motion via CM/ECF.

Dated: May 16, 2024

Respectfully submitted,

/s/ Ines McGillion

_____
USCOA No. 1159609
INES MCGILLION LAW OFFICES, PLLC
P.O. Box 212
Putney, VT 05346
(646) 246-3868
ines@mcgillionlaw.com