Nos. 22-1828, 24-1124

# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

UNITED STATES OF AMERICA,
Appellee

v.

GEORGE KRITOPOULOS,
Defendant-Appellant

## GOVERNMENT'S MOTION FOR ORDER EXTENDING THE TIME - - TO JANUARY 20, 2026 <u>IN WHICH TO FILE ITS ANSWERING BRIEF</u>

The government respectfully moves this Court to enter an order extending the due date for its answering brief in these consolidated appeals by 15 days, **to January 20, 2026.** In support of this motion, the government states the following:

1. In these consolidated appeals, the defendant challenges his sentence and the restitution order. The defendant filed his oversized opening brief on March 25, 2024, which contained 18,982 words and numbered 91 pages.

2. On April 24, 2024, the government moved for summary disposition.

3. On December 5, 2025, this Court denied the government's motion for summary disposition and ordered the government to file its answering brief by

January 5, 2026. The Court also stated that extensions of time were not to be expected.

4. The undersigned Assistant U.S. Attorney has been working diligently on the government's answering brief, including while on long-scheduled leave over the holidays, and has just completed an initial draft of the answering brief. Additional time is necessary, however, for the undersigned to make additional changes to the initial draft and for it to be reviewed and put in final form.

5. This is the government's first request for an extension of time.

6. In view of the foregoing, the government respectfully requests an extension of time of 15 days, or through January 20, 2026, in which to file its answering brief.

For these reasons, the government respectfully requests that the Court allow this motion.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By: /s/ *Mark T. Quinlivan*
MARK T. QUINLIVAN
Assistant U.S. Attorney

**Certificate of Service**

      I, Mark T. Quinlivan, AUSA, hereby certify that on December 31, 2025, I electronically served a copy of the foregoing document on the following parties who are registered participants of the CM/ECF system: Ines McGillion, Esq., Ines McGillion Law Offices, PLLC, P.O. Box 212, 126 Main Street, Putney, VT 05346.

                              /s/ *Mark T. Quinlivan*
                              MARK T. QUINLIVAN
                              Assistant U.S. Attorney